SCOTT J. SAGARIA (BAR # 217981)
SJSagaria@sagarialaw.com
ELLIOT W. GALE (BAR # 263326)
Egale@sagarialaw.com
SAGARIA LAW, P.C.
333 West San Carlos Street, Suite 1750
San Jose, CA 95110
408-279-2288 ph
408-279-2299 fax

Attorneys for Plaintiff

GEORGE G. WEICKHARDT (SBN 58586)
WENDY C. KROG (SBN 257010)
ROPERS, MAJESKI, KOHN & BENTLEY, P.C.
201 Spear Street, Suite 1000
San Francisco, CA 94105-1667
Telephone:    (415)-543-4800
Facsimile:    (415)-972-6301
Email:        gweickhardt(@)rmkb.com
              wkrog@rmkb.com

Attorneys for Defendant

**IT IS SO ORDERED AS MODIFIED**
Judge Edward J. Davila

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSAY KELLEY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CHASE BANK USA, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive,<br><br>　　　　　Defendants. | Case No.: 5:12-cv-03207-EJD<br><br>STIPULATED AGREEMENT TO AMEND PLAINTIFF'S COMPLAINT<br>**ORDER THEREON** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　Pursuant to Federal Rules of Civil Procedure 15(a)(2), the parties have agreed that Plaintiff will file a second amended complaint removing the portion of Plaintiff's third cause of

STIPULATION - 1

1  action alleging misleading business practices under California Business & Professions Code § 17200.

Dated:   August 15, 2012                     /s/ Elliot Gale

Elliot W. Gale, Esq.
Attorney for Plaintiff

/s/ Wendy C. Krog
Wendy C. Krog, Esq.
Attorney for Defendant

ORDER
The stipulation is GRANTED.  The motion to dismiss the original complaint (Docket Item No. 10) is TERMINATED AS MOOT.

//
//
//
//
//
//
//