GEORGE G. WEICKHARDT (SBN 58586)
WENDY C. KROG (SBN 257010)
ROPERS, MAJESKI, KOHN & BENTLEY, PC
201 Spear Street, Suite 1000
San Francisco, CA 94105-1667
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
Email: gweickhardt@rmkb.com
wkrog@rmkb.com

Attorneys for Defendant
CHASE BANK USA, N.A.

**IT IS SO ORDERED**
Judge Edward J. Davila
10/23/2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| LINDSAY KELLEY,<br><br>        Plaintiff,<br><br>v.<br><br>CHASE BANK USA, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive,<br><br>        Defendants. | CASE NO. 5:12-cv-03207-EJD<br><br>**STIPULATED REQUEST FOR DISMISSAL AND PROPOSED ORDER** |

//
//
//
//
//
//
//
//
//
//
//

IT IS HEREBY STIPULATED by and between Plaintiff Lindsay Kelley and Defendant Chase Bank USA, N.A. that the above-entitled action be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: October 22, 2012                    ROPERS, MAJESKI, KOHN & BENTLEY, PC

By: /s/ George G. Weickhardt
    GEORGE G. WEICKHARDT
    WENDY C. KROG
    Attorneys for Defendant
    CHASE BANK USA, N.A.

Dated: October 22, 2012                    SAGARIA LAW, P.C.

By: /s/ Elliot Gale
    SCOTT J. SAGARIA
    ELLIOT W. GALE
    Attorneys for Plaintiff
    LINDSAY KELLEY

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Clerk shall close this file.

DATED: 10/23/2012

UNITED STATES DISTRICT JUDGE