1   GEORGE G. WEICKHARDT (SBN 58586)
    WENDY C. KROG (SBN 257010)
2   ROPERS, MAJESKI, KOHN & BENTLEY, PC
    201 Spear Street, Suite 1000
3   San Francisco, CA  94105-1667
    Telephone:     (415) 543-4800
4   Facsimile:     (415) 972-6301
    Email:         gweickhardt@rmkb.com
5                  wkrog@rmkb.com

6   Attorneys for Defendant
    CHASE BANK USA, N.A.
7

**IT IS SO ORDERED**
Judge Edward J. Davila
10/23/2012

8                  UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA -- SAN JOSE

10

11  LINDSAY KELLEY,                         CASE NO.  5:12-cv-03207-EJD

12              Plaintiff,                  **STIPULATED REQUEST FOR
                                            DISMISSAL AND PROPOSED ORDER**
13       v.

14  CHASE BANK USA, NATIONAL
    ASSOCIATION an FDIC insured
15  corporation and DOES 1 through 100
    inclusive,
16
                Defendants.
17

18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

IT IS HEREBY STIPULATED by and between Plaintiff Lindsay Kelley and Defendant Chase Bank USA, N.A. that the above-entitled action be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: October 22, 2012                    ROPERS, MAJESKI, KOHN & BENTLEY, PC

By: /s/ George G. Weickhardt
GEORGE G. WEICKHARDT
WENDY C. KROG
Attorneys for Defendant
CHASE BANK USA, N.A.

Dated: October 22, 2012                    SAGARIA LAW, P.C.

By: /s/ Elliot Gale
SCOTT J. SAGARIA
ELLIOT W. GALE
Attorneys for Plaintiff
LINDSAY KELLEY

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Clerk shall close this file.

DATED: 10/23/2012

UNITED STATES DISTRICT JUDGE